Lockheed Information Technology Company
1401 Del Norte Street Denver, CO 80221
Telephone: 303•430•2130 Facsimile: 303•430•2225

LOCKHEED MARTIN

October 23, 1995

James L. Lashbrook
Branch Manager
Defense Contract Audit Agency
7112 West Jefferson Avenue Suite 200
Lakewood, CO 80235-2327

SUBJECT: Response to Audit Report No. 03121-95J10501001

Dear Mr. Lashbrook:

LITC concurs with your recommendation as stated in Scenario 2, eliminate both Crays. Based on reduced forecasted Cray computing requirements (1,200 cpu hours) for 1996, we have decided to shut down and eliminate both Crays by year end 1995. Cray Research Inc. has been given 90 day notification and our users have been notified of our intent to shut down and eliminate the Crays. We will make arrangements to purchase any required Cray cycles from a third party. Immediate actions will be taken to reduce annual costs as noted in your letter.

Sincerely,

William Bernstein
Vice President
Data Center Services

5

Lockheed Information Technology Company
1401 Del Norte Street Denver, CO 80221
Telephone 303-430-2120

LOCKHEED MARTIN

January 17, 1996

Ms. Renee Varin Potratz
Administrative Contracting Officer
Colorado Central Team
Defense Contract Management Area Operations
Orchard Plaza 2, Suite 200
5975 Greenwood Plaza Boulevard
Englewood, CO 80111-4715

File Reference:
W8/csm/96/486

Dear Ms. Potratz:

The actions described in my October 23, 1995 letter were completed on schedule to eliminate the two CRAY systems.

Rather than satisfying the future low-level demands for CRAY cycles from a third party, we have acquired a single, very small CRAY system, sized to meet our needs. This was done since none of the third parties who were selling CRAY cycles competitively were able to assure us that our proprietary data would be properly safeguarded.

Sincerely,

W Bernstein

William Bernstein
Vice President
Data Center Services

LOCKHEED MARTIN

# EIS Data Center Services

## INTERDEPARTMENTAL COMMUNICATION

TO: Distribution

FILE REFERENCE:
WB/csm/96/524

FROM: W. Bernstein

SUBJECT: Attached Audit Report

DATE: April 30, 1996

The attached audit report is forwarded for your information.

C Martin
for William Bernstein
Vice President, Data Center Services
Lockheed Martin EIS

Distribution:

J. Blue
R. Kercher
S. Montanez
J. Wade

DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
DEFENSE CONTRACT MANAGEMENT AREA OPERATIONS, DENVER
ORCHARD PLACE 2, SUITE 200
5975 GREENWOOD PLAZA BLVD.
ENGLEWOOD, CO 80111-4715

April 23, 1996

REPLY REFER TO DCMC GDOC

Mr. William Bernstein
Lockheed Information Technology Company
1401 Del Norte Street
Denver, CO 80221

Dear Mr. Bernstein:

A review of the acquisition of a single, small Cray system as stated in your 17 Jan 96 letter has been accomplished.

The attached Audit Report No. 3121-96J10601001, 05 Apr 96, concerning the Audit of High Performance Computer Utilization, indicates that the replacement of both the Cray computers with a Cray J90 computer will result in annual cost avoidance of $982,000. Therefore, the installation of the Cray J90 computer is hereby recommended.

If you have any questions, your point of contact is Ms. Renee Varin Potratz at (303)843-4300x119.

Sincerely,

RENEE VARIN POTRATZ
Administrative Contracting Officer
Colorado Central Team

Attachment
cc:
DCAA Denver

# DEFENSE CONTRACT AUDIT AGENCY

## AUDIT REPORT

5 April 1996

PREPARED FOR: Administrative Contracting Officer
ATTN: Mr. Gerald A. Miller
Defense Contract Management Command, Denver
Orchard Place 2, Suite 200
5975 Greenwood Plaza Boulevard
Englewood, Colorado 80111-4715

PREPARED BY: Denver Branch Office
7112 W. Jefferson Avenue, Suite 200
Lakewood, Colorado 80235-2327
Telephone No. (303) 969-5000
FAX No. (303) 969-5056

SUBJECT: Audit of High Performance Computer Utilization

REFERENCES: DCAA: Audit Report No. 3121-96J10601001
DCAA: Audit Report No. 3121-95J10501001

CONTRACTOR: Lockheed Information Technology Company
1401 Del Norte Street
Denver, Colorado 80221

REPORT RELEASE RESTRICTIONS: See Page 5

CONTENTS:

| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 1 |
| Results of Audit | 2 |
| DCAA Personnel and Report Authorization | 4 |
| Audit Report Distribution and Restrictions | 5 |

ORIGINAL

Proprietary Matter

Audit Report No. 03121-96J10601001

## SUBJECT OF AUDIT

As a part of our comprehensive audit of Lockheed Information Technology Corporation (LITC), we reviewed the acquisition of a Cray J90 Computer for the High Performance and Classified Computing (HPCC) center. LITC provides computing services to the Lockheed Martin Corporation. We performed the audit to evaluate whether the acquisition of a Cray J90 computer represents the best alternative for providing Cray computing resources for the Lockheed Martin Company. The audit was conducted during February and March of 1996.

## EXECUTIVE SUMMARY

In our opinion, the replacement of both of the Cray computers with a Cray J90 computer will result in annual cost avoidance of $982,000. Our previous audit (reference Audit Report No. 3121-95J10501001) of the HPCC disclosed that LITC could provide a more cost effective delivery of computer services if it either disposed of the Cray YMP - 4E computer or disposed of both the Cray YMP - 4E and the Cray YMP - 8I and purchased Cray computing resources from an outside vendor.

## SCOPE OF AUDIT

We conducted our audit in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the data and records reviewed are free of material misstatement. Our audit includes:

- assessing control risk to use as a basis for planning the nature, timing and extent of testing;
- examining, on a test basis, evidence supporting the amounts and disclosures in the data and records reviewed;
- assessing the accounting principles used and significant estimates made by LITC and;
- evaluating the overall data and records presentation.

We evaluated the acquisition of a Cray J90 computer using the applicable requirements contained in:

- Federal Acquisition Regulation (FAR),
- DoD FAR Supplement (DFARS), and
- Cost Accounting Standards.

Our audit specifically included:

- interviewing key managerial personnel, and
- reviewing costs for various computer systems.

## RESULTS OF AUDIT

Our audit disclosed that LITC's replacement of both of its Cray super computers with a smaller Cray J90 computer will result in an annual cost avoidance of approximately $982,000. We recommend that LITC continue with the installation of the Cray J90 computer.

In our previous audit, we examined three possible scenarios for dealing with the idle Cray computer capacity:

(1) Do nothing (i.e., continue to maintain the Cray YMP - 4E and the Cray YMP - 8I).

(2) Eliminate both Cray computers and buy any needed Cray time from a third party. This alternative was projected to save $496,000.

(3) Eliminate the Cray YMP - 4E and maintain the Cray YMP - 8I. The Cray YMP - 8I would continue to service internal Lockheed Martin requirements. This alternative was projected to save $491,000 annually.

Our analysis of the fourth alternative, the purchase of a small Cray J90 computer, follows:

| PROJECTED ANNUAL COST REDUCTION | |
|---|---|
| Labor and Related - HPCC | $100,100 |
| Labor and Related - Operations | 89,000 |
| Hardware Maintenance | 510,900 |
| Software Maintenance | 226,400 |
| Power Consumption | 105,600 |
| Depreciation of Cray J90 | < 50,000> |
| Net Savings | $982,000 |

This analysis is based on the assumptions that:

1. The cost of the Cray J90 is depreciated over a period of four years.

Audit Report No. 03121-96J10601001

2. Replacement of the Cray YMP-4E and the Cray YMP-8I with a Cray J90 will result in a headcount reduction of one in the HPCC department and one in the operations department.

We discussed our findings with Ms. Jan Wade, Administrative Supervisor, on 1 April 1996.

We examined only the acquisition of a Cray J90 computer. Accordingly, we express no opinion on the contractor's system of internal controls taken as a whole.

We would like to express our appreciation for the cooperation and assistance we received from the LITC's management and staff during the course of our review.

Audit Report No. 03121-96J10601001

## DCAA PERSONNEL

| | Telephone No. |
|---|---|
| Primary contact regarding this audit: | |
| Gary LePage, EDP Auditor | 612-725-3296 |
| Other contacts regarding this audit: | |
| Alan Teal, Chief AM/EDP/OA | 214-650-4916 |
| Steve Thorsted, EDP Supervisory Auditor | 801-975-3553 x226 |
| Kenneth Hill, Branch Manager | 303-969-5000 |
| Sally Mills, Acting Supervisory Auditor | 303-969-5000 |
| Denver Branch Office Fax No. | 303-969-5056 |

AUDIT REPORT AUTHORIZED BY:

KENNETH L. HILL
Branch Manager
DCAA, Denver Branch Manager

FOR OFFICIAL USE ONLY



Proprietary Matter PT 000159

Audit Report No. 03121-96J10601001

## AUDIT REPORT DISTRIBUTION AND RESTRICTIONS

### DISTRIBUTION

DCAA, Lockheed Missiles and Space Co. Res. Ofc.
155D Moffett Pk. Dr., Bldg. 571
P.O. Box 60549
Sunnyvale, CA 94088-0549

DCAA, Lockheed Aeronautical Systems Co. Res. Ofc.
86 S. Cobb Drive, Bldg B2, Zone 0262
Sunnyvale, CA 94088-0549

DCAA, Lockheed Advanced Development Co. Res. Ofc.
1011 Lockheed Way
Palmdale CA 93599-001

DCAA, Pomona Valley Branch Office
1000 E. Garvey Ave. South, Suite 300
W. Covina, CA 91790-2900

DCAA, North Eastern Region Resident Office
65 Spit Brook Rd. Bldg. NHQ1-0519
Nashua, NH 03061-0868

DCAA, Atlanta Branch Office
2250 Newmarket Pkwy., Suite 124
Marietta, GA 30067-8749

DCAA, RAMA-3

DCAA, RSA-3 (ATTN: Steve Thorsted)

Permanent File

Audit Report No. 03121-96J10601001

## RESTRICTIONS

1. Contractor information contained in the audit report may be proprietary. It is not practical to identify during the conduct of the audit those elements of the data which are proprietary (too few audit reports are requested by parties outside the contracting activity to warrant the additional effort). Proprietary determinations should be made in the event of an external request for access. The restrictions of 18 U.S.C. 1905 should be considered before this information is released to the public.

2. Under the provisions of Title 32, Code of Federal Regulations Part 290.26(b)(2), any Freedom of Information Act requests for audit reports received by DCAA will be referred to the cognizant contracting agency for determination as to releasability and a direct response to the requester.

3. The Defense Contract Audit Agency has no objection to release of this report, at the discretion of the contracting agency, to authorized representatives of LITC.

4. The information contained in this audit report should not be used for purposes other than action on the subject of this audit without first discussing its applicability with the auditor.

7

# GENERAL LEDGER JOURNAL VOUCHER

MARTIN MARIETTA INFORMATION SYSTEMS

PREPARED BY J. Williamson

APPROVED BY

AUTOMATIC REVERSAL YES__NO__

NO. 200

DATE 5/95

PAGE 1 OF 1 PAGES

EXPLANATION: To TRANSMIT to Corp 1995 Restructure Cost comprised of write off of LITC CRAY Computer $7,612,615.44 less amount received from Cray Research for trade-in value ($170,000.00)

| MASTER | SUB | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|
| 7C1519 | LMART | | | 7442615.4 |
| 7C2955 | 06000 | | 7442615.44 | |

COPY

5/25/96

PT 000162

GLSV

ENTERED BY: DATE

Proprietary Matter

# DEFENSE CONTRACT AUDIT AGENCY
# AUDIT REPORT

30 September 1997

**PREPARED FOR:** Division Administrative Contracting Officer (DCMDW-RLT)
Defense Logistics Agency
Defense Contract Management Command
Lockheed Martin Missiles & Space
Building 571
P.O. Box 3504
Sunnyvale, CA 94088-3504

**PREPARED BY:** Silicon Valley Branch Office
2900 Gordon Avenue, Suite 200
Santa Clara, CA 95051-0718
Telephone No. (408) 523-5000
Fax No. (408) 523-5036
E-mail Address: fao4291@rwo.dcaa.mil

**SUBJECT:** Audit of Claimed Contractor Fiscal Year (CFY) 1995 Incurred Costs, Indirect Expense Rates and Cost of Money (COM) Factors

**REFERENCES:** DCAA Audit Report No. 4291-97A10150001 (442)

**CONTRACTOR:** Lockheed Martin Missiles & Space (LMMS)
A Division of Lockheed Martin Corporation
P.O. Box 3504
Sunnyvale, CA 94088-3504

**REPORT RELEASE RESTRICTIONS:** See Page 89

**CONTENTS:**


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 2 |
| Results of Audit | 3 |
| Exhibits | 6 |
| Contractor Organization and Systems | 85 |
| DCAA Personnel and Report Authorization | 88 |
| Audit Report Distribution and Restrictions | 89 |
| Appendices | 92 |

# RESULTS OF AUDIT

Indirect Costs: We questioned $3,772,494 of claimed $753,743,582 overhead and general and administrative (G&A) expenses. In addition, we classified $101,228,315 of CFY 1995 allocations from other Lockheed Martin Corporation (LMC) segments as unresolved pending:

- receipt from the LMC home office of the CFY 1995 incurred cost submissions for the Lockheed Corporation (Lockheed) and LMC home office allocations and

- completion of assist audits of (i) the home office submission by our Resident Office at LMC and (ii) computer and telecommunications costs allocated to LMMS from Lockheed Information Systems Company (LITC) by our Denver Branch Office.

Detailed audit conclusions and recommendations are in Exhibit A starting on page 6 of this audit report. LMMS' indirect expense rates and the audit results are summarized as follows:

| Indirect Expense Pool | Claimed by LMMS (Note a) Allocation Base (Note b) | Indirect Expense Pool (Note c) | Rate | Results of Audit (Note d) Questioned Costs | Unresolved Costs | % Participation by Contract Type* Government Cost Type | Fixed Price Incentive | Gov't FFP and Commercial |
|---|---|---|---|---|---|---|---|---|
| Development - LMMS | $ 318,787,543 | $ 308,926,438 | 96.913% | | | 87.945% | 0.000% | 12.055% |
| Development - HREC | 14,245,864 | 12,873,928 | 90.382% | | | 91.305% | | 8.695% |
| DI Engineering | 29,512,429 | 27,665,699 | 93.743% | | | 73.320% | 0.000% | 26.680% |
| Production | 86,769,356 | 104,116,736 | 119.993% | | | 94.295% | 0.000% | 5.705% |
| Field Processing | 45,684,939 | 11,073,365 | 24.239% | | | 99.955% | 0.000% | 0.045% |
| Launch/Services | 20,795,746 | 7,084,046 | 34.065% | | | 87.367% | 0.000% | 12.633% |
| Tracking | 19,782,982 | 3,699,915 | 18.703% | | | 99.931% | | 0.069% |
| Information Processing | 18,812,251 | 22,990,383 | 122.210% | | | 32.255% | | 67.745% |
| General & Administrative | 490,222,127 | 255,312,832 | 52.081% | | | 91.265% | 0.000% | 8.735% |
| Total | | $ 753,743,582 | | $3,772,494 | $101,228,315 | | | |

* Includes subcontracts and intra-LMC work transfers

a. These amounts represent recorded costs reduced for voluntary deletions. A reconciliation of claimed costs to LMMS' accounting records is contained in Exhibit E on page 55.

b. The allocation bases for all overhead rates are direct, independent research and development (IRD), bid and proposal (BP), repair and maintenance and self-constructed asset labor costs for employees assigned to organizations included in each expense pool. The G&A expense allocation base is all LMMS direct labor costs.

c. These amounts represent claimed expenses by expense pool. The total pool costs are summarized by cost element in Exhibit A on page 6.

Defense Contract Management Agency
Defense Corporate Executive
6801 Rockledge Drive
Bethesda, MD 20817-1877

Lockheed Martin Corporation
Corporate Headquarters
6801 Rockledge Drive
Bethesda, MD 20817-1877

Final Incurred Costs Settlement
(Direct & Indirect)
For Fiscal Year 1995

Lockheed Martin Corporation

This Agreement establishes the negotiated allowable incurred costs for heritage Lockheed Corporation, heritage Martin Marietta Corporation and Lockheed Martin Corporation (Corporate Headquarters) for fiscal year 1995 as set forth on the attached schedules. The incurred costs represent corporate overhead expenses, corporate direct charges, corporate cost of money (CAS 414), and corporate costs in excess of compensation caps.

The mutually established and agreed to amounts are as follows:

| | | |
|---|---|---|
| Schedule A | Corporate Allowable Overhead | $ 376,673,515 |
| Schedule B | Corporate Allowable Services & Occupancy | 4,711,098 |
| Schedule C | Corporate Allowable Direct Charges | 1,299,505,735 |
| | | $1,680,890,348 |

Schedules A through C represent the allocations to Lockheed Martin's segments of the negotiated allowable costs.

| | | |
|---|---|---|
| Schedule D | Corporate Average Net Book Value | 102,914,846 |
| Schedule E | Corporate Excess Compensation over Caps | 15,334,485 |

Schedule D represents the average net book value for corporate headquarters to be added to local net book values for calculation of company CAS 414 rates. Schedule E represents gross dollars for use by segments to calculate compensation limitations legislatively imposed on certain covered contracts as described in the 1995 Appropriations Act and implementing regulations.

Penalties in accordance with DFARS 242.231-7001 will not be assessed for CFY 1995.

This settlement in no way affects the dispute concerning Cray costs, which is currently being litigated, or the NL Industries issue, which is being settled outside this negotiation.

This agreement includes reductions of $3,856,049 in accordance with the DOJ CERCLA Settlement, and $5,333,333 in accordance with the Discontinued Operations Settlement Agreement.

Regarding the DOJ CERCLA Settlement, the reduction to costs included in this agreement is based on the payments received to date from the Department of Justice. Adjustments to this amount for additional payments of past costs will be made in the first open unnegotiated overhead year after payment is received.

This agreement is without prejudice to any right or claim that is, or might be, available to either the Government or Lockheed Martin with respect to similar or related costs in future overhead proposals.

Nothing in this agreement shall be considered by either the Government or Lockheed Martin as establishing a mutual agreement on specific allowable or unallowable cost beyond 1995.

Finally, the terms and conditions agreed to in the settlement of CFY 1995 are implemented on a non-precedent setting basis. The agreements in this negotiation will not be used as the basis for future settlements.

For the U.S. Government

David Martinez
Defense Contract Executive

Date: 12/21/01

For Lockheed Martin Corporation

David Buchanan
Vice-president and Assistant Controller

Date: 12/21/01

RECYCLED 50000 SERIES

# DEFENSE CONTRACT AUDIT AGENCY
# AUDIT REPORT

30 September 1997

PREPARED FOR: Divisional Administrative Contracting Officer (DACO)
DCMC Lockheed Martin Marietta
DCMDE-RHTC
Marietta, GA 30063-0260

PREPARED BY: Lockheed Martin Aeronautical Systems Resident Office
86 S. Cobb Drive, Bldg. B-2, Zone 0262
Marietta, GA 30063-2789

| | |
|---|---|
| Telephone No. | (770) 494-4511 |
| FAX No. | (770) 494-6622 |
| e-Mail Address | *dcaafl441@rea.dcaa.mil |


SUBJECT: Audit of Contractor Fiscal Year 1995 Incurred Costs

REFERENCES: DCAA: Audit Report No. 1441-97A10150002

CONTRACTOR: Lockheed Martin Aeronautical Systems
86 South Cobb Drive
Marietta, GA 30063

REPORT RELEASE RESTRICTIONS: See Page 8

CONTENTS:


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 1 |
| Results of Audit | 3 |
| Contractor Organization and Systems | 4 |
| DCAA Personnel and Report Authorization | 7 |
| Audit Report Distribution and Restrictions | 8 |
| Table of Contents | 9 |

Audit Report No. 1401-97A10150002

EXHIBIT A
Page 2 of 2

# LOCKHEED MARTIN AERONAUTICAL SYSTEMS
## MARIETTA, GEORGIA
### Government Participation in the Bases and Pools

| | Base Description | Claimed Base | Claimed Pool/ Sec. Ctr Costs | CRC | FPI | TAM | FFP | Comm. | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Overhead Pools** | | | | | | | | | |
| Engineering | Direct Labor Dollars, including Class 6 | $ 105,217,954 | $ 92,132,123 | 46.49% | 0.01% | 3.78% | 17.01% | 32.75% | 100.00% |
| Factory | Direct Labor Dollars, including Class 6 | 156,868,223 | 182,984,241 | 13.39% | 0.03% | 0.94% | 57.58% | 28.06% | 100.00% |
| Prod. Sup. Dir. | Direct Labor Dollars, including Class 6 | 20,257,040 | 13,472,031 | 25.09% | 0.13% | 2.18% | 31.13% | 41.47% | 100.00% |
| Log. Supt. | Direct Labor Dollars, including Class 6 | 4,269,900 | 4,245,394 | 0.27% | 0.28% | 0.05% | 67.74% | 31.66% | 100.00% |
| Prod/Cust. | Direct Labor Dollars, including Class 6 | 2,327,698 | 3,359,954 | 0.83% | 0.28% | 0.05% | 67.31% | 31.53% | 100.00% |
| Material | Direct Labor Dollars, including Class 6 | 8,311,967 | 12,885,013 | 35.25% | 0.00% | 0.42% | 39.73% | 24.57% | 100.00% |
| Facilities | Direct Labor Dollars, including Class 6 | 17,595,767 | 16,256,905 | 19.58% | 0.00% | 0.19% | 76.00% | 4.23% | 100.00% |
| Security | Direct Labor Dollars, including Class 6 | 4,985,171 | 2,240,030 | 24.93% | 0.00% | 0.01% | 74.78% | 0.25% | 100.00% |
| Business Mgmt | Direct Labor Dollars, including Class 6 | 22,123,536 | 32,192,399 | 41.34% | 0.21% | 1.79% | 34.05% | 22.61% | 100.00% |
| Computing | Direct Labor Dollars, including Class 6 | 13,397,876 | 12,397,836 | 30.62% | 0.00% | 0.78% | 68.32% | 0.28% | 100.00% |
| Fly. Ops | Direct Labor Dollars, including Class 6 | 2,261,591 | 1,750,825 | 5.97% | 0.06% | 0.10% | 44.88% | 49.05% | 100.00% |
| LSWT | Direct Labor Dollars, including Class 6 | 1,822,342 | 204,040 | 27.44% | 0.04% | 1.98% | 37.90% | 32.64% | 100.00% |
| Total | | $ 360,613,565 | $ 374,118,791 | | | | | | |
| G&A | Direct labor Dollars, excluding Class 1 and Class 6, and C-103J Development | $ 270,693,796 | $ 161,331,671 | 28.80% | 0.04% | 2.14% | 40.94% | 28.08% | 100.00% |
| **Other Pools** | | | | | | | | | |
| Logistics Support ODC | TCI of spares | $ 90,623,669 | $ 10,710,501 | 0.27% | 0.28% | 0.05% | 67.75% | 31.65% | 100.00% |
| Packing & Crating ODC | TCI of spares less vendor direct shipped | $ 88,722,272 | $ 3,792,923 | 0.27% | 0.28% | 0.05% | 67.75% | 31.65% | 100.00% |
| LWST Company | Usage hours | 2,845.3 | $ 2,033,393 | 19.76% | 0.00% | 0.20% | 3.79% | 76.25% | 100.00% |
| RIF | Material & A/P less vendor direct | $ 553,549,645 | $ 6,901,708 | 39.76% | 0.02% | 0.47% | 41.42% | 18.33% | 100.00% |
| CRMSP | Material disb - 18/02 - 01/02/06 | $ 13,495,531 | $ 1,350,384 | 3.72% | 0.00% | 0.00% | 64.51% | 31.77% | 100.00% |
| FEM | Postured Flight Minutes | 125,136 | $ 3,614,130 | 44.81% | 0.00% | 0.00% | 36.98% | 18.21% | 100.00% |
| Fringe | Labor Hours | 19,834,290.1 | $ 235,963,000 | 25.75% | 0.00% | 1.32% | 46.63% | 26.30% | 100.00% |

| Service Centers | Base Description | Claimed Base | Claimed Pool/ Sec. Ctr Costs | CRC/FPI | Other | Total |
|---|---|---|---|---|---|---|
| Occupancy | Square Footage | 5,569,497 | $ 60,118,130 | 19.52% | 80.48% | 100% |
| Human Resources | Headcount | 10,151 | $ 22,839,285 | 25.02% | 74.98% | 100% |
| Office Services | SACO Headcount | 5,113 | $ 21,292,910 | 32.23% | 67.77% | 100% |
| Utilities | Factored Square Footage | 5,629,422 | $ 16,908,285 | 22.58% | 77.42% | 100% |
| General Security | Headcount | 9,836 | $ 6,868,966 | 24.94% | 75.06% | 100% |
| Product Supt Admin | Headcount (LS, P&C, and P&D pools) | 642 | $ 1,292,756 | 18.35% | 81.65% | 100% |
| Classified Computing | Usage | F-22 contract | $ 8,336,260 | 100.00% | 0.00% | 100% |
| Computer Terminal pool | SACO Headcount | 5,113 | $ 3,415,631 | 32.22% | 67.78% | 100% |
| Non-Classified Computing | Usage | Not Identifiable | $ 60,401,770 | 34.95% | 65.05% | 100% |
| Radio Maintenance Expense | Usage | 100 | $ 364,821 | 22.36% | 77.64% | 100% |

FOR OFFICIAL USE ONLY

Lockheed Aeronautical Systems Company
Marietta, Georgia

# EXHIBIT OF FLEXIBLY PRICED CONTRACTS FOR CFY 1995

| AIR FORCE | CONTRACT NO | CONTRACT TYPE |
|---|---|---|
| | DLA900-90-D-0242 | CRC |
| * | F09603-87-G-0741 | T&M |
| * | F09603-89-C-2585 | FPI |
| * | F09603-90-C-2282 | FPI |
| * | F09603-90-G-0010 | T&M |
| * | F09603-90-G-0038 | T&M |
| * | F09603-90-G-0055 | T&M |
| * | F09603-93-G-0011 | T&M |
| * | F09603-93-C-0914 | CRC |
| * | F09603-93-C-0914 | T&M |
| * | F09603-94-G-0010 | T&M |
| | F09603-95-G-0035 | T&M |
| * | F09606-90-G-0010 | T&M |
| | F33615-82-C-5054 | CPFF |
| | F33615-85-C-3004 | CRC |
| | F33615-86-C-5008 | CRC |
| | F33615-87-C-3206 | CRC |
| * | F33615-87-C-3607 | CRC |
| * | F33615-90-C-5929 | CPFF |
| | F33615-91-C-5716 | CPFF |
| * | F33615-92-C-2215 | CPFF |
| * | F33615-92-C-3202 | CRC |
| * | F33615-93-C-5362 | CPFF |
| | F33615-94-C-3010 | CPFF |
| * | F33615-94-C-3401 | CRC |
| | F33615-95-C-1621 | CRC |
| * | F33615-95-C-3005 | CS |
| * | F33615-95-C-3212 | CPFF |
| * | F33615-95-C-3400 | CPFF |
| | F33615-95-C-3611 | CRC |
| | F33615-95-C-5621 | CRC |
| * | F33615-95-K-2570 | CRC |

| AIR FORCE | CONTRACT NO | CONTRACT TYPE |
|---|---|---|
| * | F33657-90-D-0028 | T&M |
| * | F33657-91-C-0006 | CRC |
| | F41608-86-D-A006 | T&M |
| * | F41608-87-D-A001 | T&M |
| * | F41608-88-D-1818 | T&M |
| * | F41608-90-D-0997 | T&M |
| * | F41608-90-D-1237 | T&M |
| * | F41608-91-D-1013 | T&M |
| * | F41608-94-D-0188 | T&M |
| * | F41608-94-D-0280 | T&M |
| * | F41608-94-D-0280 | CRC |
| | F41608-95-C-1513 | CRC |

OTHER DoD

| | | |
|---|---|---|
| | DAAJ02-94-C-0024 | CRC |
| * | N00014-90-CA-0002 | FPI |
| | N00019-81-C-0349 | FPI |
| * | N00019-88-C-0288 | FPI |
| * | N00019-92-C-0040 | FPI |
| * | N00019-93-C-0024 | FPI |
| * | N00019-93-C-0034 | FPI |
| * | N00019-93-C-0036 | FPI |
| * | N00019-93-C-0076 | FPI |
| * | N00019-93-C-0159 | FPI |
| * | N00019-93-C-0161 | FPI |
| * | N00019-95-C-0137 | FPI |
| | N00039-95-C-0002 | FPI |
| * | N00421-95-C-1000 | FPI |
| * | N47408-95-C-0218 | FPI |
| | N61331-95-K-0009 | FPI |
| | N62269-95-C-0185 | FPI |
| * | N66001-91-D-0066 | FPI |
| | N66001-93-D-0114 | FPI |

| OTHER GOV'T | CONTRACT NO | CONTRACT TYPE |
|---|---|---|
| | GLD-1054 | CRC |
| | NAS1-17857 | CRC |
| | NAS1-18029 | CPFF |
| | NAS1-18888 | CRC |
| | NAS1-19348 | CPFF |
| | NAS1-20015 | CPFF |
| | NAS1-20102 | CPFF |
| | NAS1-20220 | CPFF |
| | NAS1-20267 | CPFF |
| | NAS2-14092 | CPFF |
| | NAS2-14280 | CPFF |
| | NAS3-24339 | CPFF |
| | NAS3-25964 | CPFF |
| | NAS3-27330 | CPFF |
| | NAS1-19348 | CPFF |
| | NCCW-0027 | CPFF |
| | TC-94-001 | T&M |
| | 70NANB5H1069 | CRC |
| | 94-G-043 | T&M |

*These contracts contain the penalty clause as described in DFARS 252.231-7001.

INTERCOMPANY AND SUBCONTRACTS:

| Prime Contract Number | Prime Contractor | IWT/Subcontract Number |
|---|---|---|
| AIR FORCE | | |
| F33615-92-C-3805 | LMTAS | 4052 |
| F33615-94-C-3210 | LMTAS | 5009 |
| F33615-94-C-1431 | LMTAS | 5065 |
| F33615-95-C-1621 | LMORSS | FFM320074 |
| F33615-95-C-5526 | LMTAS | 5003 |
| F33615-95-C-5538 | LMTAS | 5036 |
| F33657-83-C-0264 | LMFS | 260337& 165517 |
| F33657-91-C-0006 | SANDERS | QD6919, QG8934, QJ8591, QL7461, QP3813 & QH5545 |

INTERCOMPANY AND SUBCONTRACTS con't:

| Prime Contract Number | Prime Contractor | IWT/Subcontract Number |
|---|---|---|
| **AIR FORCE** | | |
| F33657-93-G-3020 | LMSW-O | R606712345, R600112341, & R619312345 |
| F33615-93-C-1220 | Westinghouse | - |
| F33615-93-C-1285 | Texas Instruments | - |
| F33615-95-C-2503 | Pratt & Whitney | - |
| F33615-95-C-5555 | Howmet Corp. | T1S103180 |
| **OTHER DoD** | | |
| N00019-93-C-0006 | LMIDS | Q53108 & Q52588 |
| N00019-95-C-0063 | LMSW | SM0221 |
| N00019-95-C-0063 | LMTAS | 5017 |
| N00019-95-C-0080 | LMTAS | 4075 |
| N00030-93-C-0093 | LMMS | TD15B8540 |
| N00030-94-C-0094 | LMMS | CN15B9820, CN15B9810, & CD15C2540 |
| N00030-95-C-0095 | LMMS | CN15B9850, CN15C0410, & CN15C0430 |
| N00030-95-C-0095 | LMA&NS | ANS-3905 |
| N00039-89-C-0001 | John Hopkins | 605630-L |
| SDI084-93-C-0001 | CUBRC | C/UB 1860-1 |
| Precontractual | Bell Helicopter | 49163 |
| **OTHER GOV'T** | | |
| DAAB30-95-C-0005 | SANDERS | QE7503 |
| MDA972-93-C-0025 | LMSW | SM0220 & SM0237 |
| MDA972-94-C-0042 | LMSW | CMI-20003, CMI-20002, & 97-194 |
| NAS1-19000 | LMES | 17-023 |
| NAS1-20328 | LMSW | SM0174, SM0266, & SM0247 |