RECYCLED 90000 SERIES 30% P.C.W.

*Revised 12/27/93*

**Lockheed Martin Missiles & Space**
5 42

3.1.0 * 3. Indirect costs are any costs not directly identified with a single final cost objective or direct service center. These costs are primarily related to the following:

* (a) Labor of individuals with indirect occupation codes or within indirect organizations whose effort cannot be identified specifically with a particular final cost objective or direct service center.

* (b) Labor of "direct" individuals who cannot identify their effort specifically with a particular final cost objective or direct service center.

* (c) Fringe benefits of indirect employees. and fringe benefits of direct employees when they charge their labor to overhead.

(d) Travel and other costs incurred in support of indirect labor, items (a) and (b).

(e) Supplies, facility provisions and services, taxes, insurance and other general costs of this nature.

4. Special considerations -

Due to complexity and wide range of Contractor's business, special provisions are necessary in order to accomplish equitable cost accumulation. These special considerations qualify the answers in 3.2.1, 3.2.2, and 3.2.3, and must be considered in reviewing those sections.

(a) Remote sites are those sites whose facilities/buildings are either 1) non-Lockheed furnished, or 2) are Lockheed provided, but meet all of the following requirements: a) required to be located at a field site near the customer, b) organizations at field site require no significant support from nonremote locations, c) site is not within a 50 mile radius of Plants 1 and 3, and d) all organizations located at each site must meet these requirements.

At remote sites, all labor is direct except repair & maintenance of contractor equipment, off-site non-technical training, activities conducted for nonremote sales promotion, public relations or employment activities and absenteeism. All purchased services, supplies for data processing equipment, *(when used in operation of customer-owned computer equipment)* propellants, gases and flushing compounds, relocation expenses of employees to remote sites are direct. Relocation back from remote sites is direct only if in accordance with specific contractual agreements and in accordance with an LMMS - employee written advance understanding. For contractor provided facilities, the following costs are also treated as direct costs: real property rentals, leasehold improvements amortization, heat, light, water and power, real property taxes and insurance, building repair & maintenance and security alarms.

3.1.0 4. *(continued)*

(b) Accommodation sales and services sometimes consist entirely of, or contain a disproportionate share of, indirect labor and other indirect costs - to correct such inequities, provision is made to charge these costs direct.

(c) Equipment costs related to common equipment acquired for an uncommon usage in accordance with the requirements of a specific contract are charged direct. Computer and other data processing equipment are charged direct to computer service centers (shared systems or division systems). See sections 4.3.0, 4.5.0 and 4.6.0 . All other equipment subject to normal customary usage is charged to overhead, whether it be depreciation or rental costs.

* (d) Spares/Logistics organizations engaged in fulfilling specific contract requirements charge material handling activities direct. Also, the planning of spares/logistics activities and the cost of supply *(overhead)* type materials and equipment purchased as spares or for customer use are charged direct. These costs incurred for purposes other than spares/logistics activities are charged as indirect expense.

(e) Contracts are occasionally received which require specific activities that are dissimilar in purpose or circumstance from those normally related to other contracts. The costs of such activities may be treated as exceptions to established policy with approval of the Chief Accountant.

(f) Reproduction costs - Due to the difficulty of identifying (1) those direct projects using various reproduction methods and (2) actual costs associated with the reproduction, all reproduction efforts is considered to be indirect, regardless of its specific identification to a particular final cost objective. However, video production labor and vendor costs identified specifically with a particular final cost objective are direct costs.

(g) Computer operation labor considered to be direct includes (1) computer application support, (2) operation of multi-processing computer systems or (3) systems programming and computer operations of customer provided computers identifiable to direct final cost objectives or APC/PWO work orders.

3.1.0 4. *(continued)*

(h) Materials, supplies, services and facilities *(whether ordinarily classified direct or indirect)* are always classified direct when contract provisions stipulate that such items are to be customer-furnished and the customer has failed to furnish such items.

Materials, supplies, services and facilities are always classified direct when such items are provided in support of non-LMMS operations and/or for use by non-LMMS personnel.

* (i) Security Services are charged direct when the benefiting program can be identified. The direct activities associated with security services include, but are not limited to: escort services, guard services, evaluating and providing physical security, developing and operating document control systems/stations, and establishing and maintaining security classification for each project with such requirements. Also included as direct effort are activities performed by direct employees when required by contract, i.e., security requirements such as attendance at special security meetings, briefings or polygraph testings. -Security services that are charged indirect benefit the Company as a whole, including administration of security policies and procedures, guard services for common areas, badging and ID, access control and alarm system (ACAS), locksmith, classified waste disposal, investigation services, DoD security clearances, and DoD visitors access.

(j) Manufacturing and tool organizations' engaged in fulfilling specific contract requirements through 1) determining manufacturing requirements, 2) preparing shop authorizing documents, 3) manufacturing/acquiring tools, 4) disbursing and expediting tools and materials to the factory floor and 5) scheduling, monitoring and reporting on manufacturing work status, charge such effort direct.

* (k) Contract termination costs - When a contract is terminated by the Government for their convenience, *(either complete or partial termination)* all settlement expenses incurred by indirect or direct employees and certain other termination costs that continue after termination, which are beyond LMMS's control, are chargeable direct to the terminated contract. Labor costs associated with settlement costs will not be burdened with full overhead, but will be burdened with fringe benefits *(including payroll taxes)*, computer costs, occupancy costs and supervision costs.

3.2.1 (b) Freight-in is normally charged as indirect with the following exceptions:

- o Freight incidental to the initial acquisition of fixed assets and Government facilities is charged direct to the fixed asset or facilities work order.
- o When the subcontract requires that shipment be accomplished by the subcontractor using Government Bills of Lading, but the Government Transportation Office requests commercial shipment, the freight is charged direct to the project.
- o Freight-in applicable to purchases of direct materials made by remote site personnel is charged direct.

** Revised 12/28/94*

*Lockheed Martin Missiles & Space*
11 42

4.1.0 (n) Other Overhead pools:

| | Type of Pool | Allocation Base Code |
|---|---|---|
| * | 1. Development - HREC | G |
| | 2. Cost of Money | G |
| * | 3. D3 Engineering | G |
| * | | |
| * | 4. Information Processing | G |

4.2.0 (n) Cost of Money G

4.3.0 Computer * (a)(b) Scientific computer operations and business data processing are covered below under Shared Service Centers and Division Computer Service Centers.

(i) Other Service centers are as follows:

| | Indirect Service Centers (Redistribution Pools) | Category Code | Allocation Base Code | Rate Code |
|---|---|---|---|---|
| | 1. Divisional Management & Support | B | N | B |
| * | 2. Plant Services: | | | |
| | Equip Maintenance | B | Equipment Cost | B |
| | Computer Support | B | Computer Equipment Cost | B |
| | Traffic & Transportation | B | O | B |
| | General Procurement | B | O | B |
| | Building Occupancy | B | O | B |
| | Building Maintenance | B | O | B |
| | Telephone & Telegraph | B | Number of Lines | B |
| | Office Furniture & Fixtures | B | N | B |
| | 3. Industrial Relations | B | N | B |

4.3.0 *(continued)*

| | | Category Code | Allocation Base Code | Rate Code |
|---|---|---|---|---|
| | **Indirect Service Centers** **(Redistribution Pools)** | | | |
| | 4. Office Operations: | | | |
| | Postage, Records Management, Stationery, etc. | B | N | B |
| | Reprographic Services | B | Y | B |
| | 5. Industrial Security | B | N | B |
| | 6. Material Handling: | | | |
| | Inventory Functions | B | Receiving Memos Closed | B |
| | Sales & Use Tax | B | Indirect Supplies & Equip Purch'd | B |
| * | 7. D3 Central Services | B | N | B |
| * | 8. D3 Plant Services | | | |
| | Austin Telephone | B | Number of Lines | B |
| | All other D3 plant services | B | 0 | B |
| | 9. Procurement Support | B | No. of PO's | B |
| * | | | | |
| | **Direct Service Centers** **(Pool Work Orders)** | | | |
| | 10. Common Quality Services - MSD | A | H | B |
| | 11. Common Quality Services - SSD | A | H | B |
| | 12. Common Minor Material - MSD | A | H | B |
| | 13. Common Minor Material - SSD | A | H | B |
| * | 14. Common Minor Material -MSD-Adv Dev. | A | H | B |

4.3.0 *(continued)*

| | Category Code | Allocation Base Code | Rate Code |
|---|---|---|---|
| **Direct Service Centers** <u>(Pool Work Orders)</u> | | | |
| 15. Common Minor Material - R&DD | A | L | B |
| 16. Common Mfg - Planning - MSD | A | H | B |
| 17. Common Mfg - Planning & Support Services - SSD | A | H | B |
| 18. Common Mfg - Processing - SSD | A | H | B |
| 19. Common Technical Services - SSD | A | H | B |
| * 20. STANCLAD Common Mfg Proc - MSD | A | Earned Standard Hrs | B |
| 21. Common Mfg Floor Support - MSD | A | H | B |
| * 22. Adv. Dev. Common Quality & Mfg. Services - MSD | A | H | B |
| 23. Special Security Guard Services -MSD - Adv. Dev. | A | H | B |
| 24. Common Remote Site Services-Denver Engineering Lab | A | H | B |
| **Mixed Service Centers** <u>(Pool Work Orders)</u> | | | |
| * 25. Fringe Benefits | A | M | B |
| 26. Shared Computer Service Centers: Separate computer service centers exist for the following systems: Business, VM, High Performance Computing Center, Manufacturing, CADAM, Plotting, SSD D3 CADAM, SSD D3 Tandem, IRD VAX. | A | Y(1) | B |
| * 27. Division Computer Service Centers: Separate Division Computer Service Centers exist for the following dedicated systems: SSD, SSD D3 Engineering, SSD D3 General, R&DD, Human Resources, Finance & Administration, Operations - Engineering, Operations - Facilities, Operations - General, Information Resources Division, MSD - Design, MSD - Production, MSD - Field Processing, MSD - Launch/Services, MSD - Huntsville/Courtland, MSD - Santa Cruz, MSD - Requirements, MSD - General. | A | Y(2) | B |
| 28. Business Operations - R&DD Contracts | A | H | B |
| * 29. R&DD Procurement | A | L | B |

(1) Allocation bases are cost per unit of usage, based on an algorithm developed separately for each computer service center.

(2) Allocation basis for each service center is the total labor hours, except sick leave, holiday and vacation of the organizations assigned to the service center.

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| * | 1. 4.1.0 (b) | Manufacturing *(Production)* | Includes the management of Central and Divisional manufacturing, material management, product assurance, systems test and support organizations, production control, manufacturing research, transportation, administration and procedures. |
| * | | | Indirect labor, fringe benefits of indirect employees and of direct employees, when charging indirect, computer costs, equipment costs and depreciation, occupancy costs, taxes, supplies, insurance, and corporate allocations of operations office. |
| * | 2. 4.1.0 (c) | Engineering *(Development)* | Management of central engineering, design, technical products, software design, computer systems, research & development, business operations *(contract administration & cost control)*, procurement & cost analysis, video production, logistics, technical publications, security services, and technical training. |
| * | | | Indirect labor, fringe benefits of indirect employees and of direct employees when charging indirect, indirect travel, computer costs, occupancy costs, taxes, supplies, insurance, equipment costs, and corporate allocation of science and engineering offices. |
| | 3. 4.1.0 (f) | Off-Site *(Remote Site)* Launch/Services, Tracking & Field Processing | Repair & Maintenance of contractor equipment, off-site nontechnical training & support of nonremote public relations, sales promotion and equipment activities. |
| | | | Computer costs & indirect labor *(jury duty, medical appointments, etc.)*. |
| * | 4. 4.1.0 (n)1 | Development - HREC | Management of the Huntsville plant and personnel, including procurement & cost analysis, and the related administrative and plant services functions. |
| * | | | Indirect labor, fringe benefits of indirect employees and direct employees when charging indirect, computer costs, occupancy costs, insurance, supplies and taxes. |

** Revised 12/26/94*

*Lockheed Martin Missiles & Space*
15 42

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| * | 5. 4.1.0 (n) 3 | D3 Engineering | Management of the D3 plants (Austin and Denver) and personnel, including material handling, procurement & cost analysis.<br><br>Costs include indirect labor, fringe benefits of indirect employees and direct employees when charging indirect, indirect travel, computer costs, occupancy, costs, taxes, supplies, equipment costs and depreciation, insurance. |
| * * * | 6. 4.1.0 (n) 4 | Information Processing | Provides central scientific & administrative computing services and software application support.<br><br>Costs include management, supervision, indirect labor, fringe benefits of indirect employees and direct employees when charging indirect, computer costs, training, travel, equipment, occupancy costs, and all other allocable costs. |
| * | 7. 4.2.0 (a) | G&A | Company finance and accounting, public relations, company counsel, company marketing, general management and administration.<br><br>Indirect labor, fringe benefits, computer costs, occupancy costs, taxes, supplies, insurance, equipment, Independent Research & Development, Bid & Proposal and Corporate management allocation. |
| | 8. 4.2.0 (n) | The cost of money is computed in accordance with procedures set forth in CAS 414. All facilities capital net book values that are specifically identified to indirect cost pools are classified as distributed. All other facilities capital is classified as undistributed and is allocated to indirect cost pools based on the allocation of distributed net book values or, where applicable, computer usage. | |
| * * | 9. 4.3.0.(c)(d) | Reprographic Services *(Photography & Repro)* | Functions include photography, lithography & electro-static/diazo copying. Does not include Word Processing or video production effort.<br><br>Costs included are indirect labor, materials, machine costs, *(depreciation, lease, & maintenance)* fringe benefits of indirect employees and direct employees when charging Indirect, computer costs, occupancy costs, and other allocable indirect costs. *(A segment of Office Operations).* |

** Revised 12/26/94*

*Lockheed Martin Missiles & Space*
16 42

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| * | 10. 4.3.0 (I) 1 | Divisional Management & Support | Includes the indirect labor, fringe benefits, computer costs, and other indirect costs of 1) the divisional general management offices *(SSD, MSD, R&DD, IRD and Operations)*, 2) divisional marketing, and 3) financial data systems. |
| | 11. 4.3.0 (I) 2 | Plant Services - Equipment costs, Maintenance maintenance & equipment<br><br>Includes 5 | Includes the indirect labor, fringe benefits, computer and other costs associated with the repair & modification of LMMS & Government-owned other than special tooling, special test equipment, and computer equipment. Excludes Austin. personal property tax on LMMS owned Plant 0, 1, 2, & equipment. |
| * | | Plant Services - Computer used in Support | Includes inventory spare parts and data line costs<br><br>support of all distributed systems. |
| * | | Plant Services - Traffic & Transportation incurred<br><br>labor | Includes indirect labor, fringe benefits, computer costs, insurance, transportation and other indirect costs<br><br>by the Traffic & Distribution organization, except for incurred for loading & transporting classified hardware, packaging & crating hardware for delivery to customer destinations, and routing shipments to outside destinations, as identified to specific projects. |
| * | | Plant Services - General and Procurement Procurement<br><br>construction. | Includes indirect labor, fringe benefits, computer costs, other indirect costs incurred by the General organization. This organization is responsible for acquisition of plant machinery, equipment, tools, office supplies and the administration of facilities |
| * | 0, 1, (LMMS owned, provided, and warehouse buildings and 5). | Plant Services -Building Occupancy | Includes depreciation, rental costs, and taxes. These building-related expenses for Facilities 2, and 5 will be pooled by facility types leased, Government- within Facilities 0, 1, 2, |
| * | costs,<br><br>and 5 Government-provided, and | Plant Services<br><br>- Building Maintenance | Includes the indirect labor, fringe benefits, computer<br><br>plant rearrangement, repair & maintenance, utilities, and insurance associated with all Fac. 0, 1, 2, buildings (LMMS owned, leased, warehouse buildings). |
| * | costs not specific organizations, LMMS office furniture | Plant Services - | Includes non-data processing telecommunication Telephone & Telegraph, identifiable to Office Furniture/Fixtures & |

fixtures and indirect labor, fringe benefits and computer telecommunications & office furniture costs of organizations.
Excludes Austin.

*Revised 12/26/94

Lockheed Martin Missiles & Space
17 42

| 4.5.0 | Reference | Pool | Major Functions & Cost Element |
|---|---|---|---|
| * | 12. 4.3.0 (i) 3 | Industrial Relations | Includes indirect labor, fringe benefits, computer costs, education & training, employee relocation, recruiting expenses & other costs of the LMMS Human Resources organizations plus an allocation of Corporate Industrial Relations costs. |
| * | 13. 4.3.0 (i) 4 | Office Operations | Includes indirect labor, fringe benefits, computer costs, postage, records management and mail services. *(See Reprographic Services).* |
| * | 14. 4.3.0 (i) 5 | Industrial Security | Includes indirect labor, fringe benefits, computer costs, and other indirect costs incurred by the industrial security, fire protection & industrial safety organizations. |
| * | 15. 4.3.0 (i) 6 | Material Handling - Inventory Functions receiving, | Includes indirect labor, fringe benefits, computer costs, and other indirect costs associated with stores, status & control, inventory adjustments, excluding those associated with D3. |
| | *tax* | Sales & Use Tax | Includes state & municipal sales & use tax. *(Excluding paid on fixed assets, leased or rented equipment, entertainment & meals at outside training or business meetings).* |

** Revised 12/28/94*

*Lockheed Martin Missiles & Space*
18 42

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| * | 16. 4.3.0 (i) 7 | D3 Central Services | Functions include records management, mail, reprographics, guards, industrial safety and environmental protection at the Austin and Denver facilities.<br><br>Costs include indirect labor, fringe benefits, computer costs, postage, supplies, occupancy costs, and other allocable indirect costs. |
| * | 17. 4.3.0 (i) 8 | D3 Plant Services<br>- Austin Telephone | Includes the unidentifiable telephone costs charged to the telephone and telegraph account. |
| * | | D3 Plant Services<br>- All Other | Includes indirect labor, fringe benefits, computer costs, repair & maintenance & modifications of LMMS and Government-owned equipment other than special tooling and special test equipment, depreciation and rental costs, plant rearrangement, utilities, taxes, insurance, and office furniture & fixtures at the Austin and Denver facilities. |
| * | 18. 4.3.0 (i) 9 | Procurement Support | Company procurement policy & administration, small and disadvantage socioeconomic programs, materiel systems and control.<br><br>Costs included are indirect labor, fringe benefits, computer costs, supplies and equipment costs. |

*Revised 12/26/94

Lockheed Martin Missiles & Space
19 42

| 4.5.0 | Reference | Pool | Major Functions & Cost Elements |
|---|---|---|---|
| * | | | |
| * | 19. 4.3.0 (I) 10 | Common Quality Services - MSD<br>common<br>supplier<br>facility. | Functions include mechanical receiving inspection, supporting tests and analyses on hardware relating to MSD effort on all LMMS contracts, manufacturing process inspection, process control engineering and testing. Also includes quality planning, material review of rejected parts, support to supplier product surveillance, product service log format maintenance, and MSD vibration system auto-compensation<br><br>Direct labor, computer costs, fringe benefits, overtime premium and applied overhead. |
| * | 20. 4.3.0 (I) 11 | Common Quality Services - SSD<br>inspection,<br>support on<br>on all<br>analysis,<br>inspection,<br>inventories<br>surveillance, | Functions include mechanical receiving supporting tests, packaging engineering all hardware related to SSD effort (except D3) LMMS contracts. Also includes material Process Control engineering, testing & material review and corrective action, inspection, support to supplier product and SSD auto-compensation facility .<br><br>Direct labor, computer costs, fringe benefits, overtime premium and applied overhead. |

** Revised12/26/94*

***Lockheed Martin Missiles & Space***
**20 42**

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| | 21. 4.3.0 (i) 12 | Common Minor Material MSD | Includes miscellaneous parts (normally costing less |
| than | 13 | Common Minor Material SSD | $1.00 per unit of issue, material parts family concept |
| and | 14 | | Common Minor Material MSD must not exceed $5.00 - Adv. Dev. |
| per unit of issue), miscellaneous fabricating materials (normally costing less than $1.00 | | | |
| * | | | with broad applicability and usage) and miscellaneous minor supplier charges applicable to the procurement of productive inventory materials. |
| | 15 | Common Minor Material RDD | |
| * | 22. 4.3.0 (i) 16 | Common Manufacturing Planning - MSD the all | Includes direct labor, computer costs, fringe benefits, overtime premium and applicable overhead relating to performance of the following tasks on MSD effort on LMMS contracts:<br>(a) Liaison planning<br>(b) Planning documentation audit<br>(c) Manufacturing assembly parts listings<br>(d) Commodity procurement |
| * | 23. 4.3.0 (i) 17 | Common Manufacturing Planning & Support Services the - SSD (except maintenance | Includes direct labor, computer costs, fringe benefits, overtime premium and applicable overhead relating to performance of the following tasks on SSD effort D3) on all LMMS contracts:<br>(a) Methods & Area Engineering<br>(b) Material & process documentation<br>(c) Manufacturing support services, including determining manufacturing requirements, preparing shop authorizing documents, disbursing & expediting tools and materials, scheduling, monitoring & reporting on manufacturing work status, fabricating and maintaining manufacturing tools.<br>(d) Commodity procurement |
| * | 24. 4.3.0 (i) 18 | Common Manufacturing Processing - SSD (except | Includes direct labor, computer costs, fringe benefits, overtime premium, outside production services & applicable overhead relating to the performance of batched processes or operations on SSD effort D3) on all LMMS contracts. |

*Revised 12/2694*

*Lockheed Martin Missiles & Space*
*21 42*

| 4.5.0 | Reference | Pool | Major Functions and Cost Elements |
|---|---|---|---|
| * | 25. 4.3.0 (l) 19 | Common Technical Services - SSD | Includes direct labor, computer costs, fringe |

overhead

benefits, overtime premium & applicable
relating to common engineering & technical
services on SSD contracts (except D3).

| | 26. 4.3.0 (l) 20 | STANCLAD Common Manufacturing | Includes direct labor, computer costs, fringe |
|---|---|---|---|

Processing - MSD benefits, overtime
premium & applicable overhead relating to the
performance of batched processes or operations relating
to LMMS contracts.

*

*Revised 12/28/94

**Lockheed Martin Missiles & Space**
22 42

| 4.5.0 | Reference | Pool | Major Functions & Costs Elements |
|---|---|---|---|
| | 27. 4.3.0 (i) 21 | Common Manufacturing Floor | Includes direct labor, computer costs, fringe benefits, |
| overhead relating to the effort on all | | | Support - MSD overtime premium & applicable performance of the following tasks on MSD LMMS contracts:<br>(a) Expediting & dispatching tools & materials<br>(b) Manufacturing requirements reconciling<br>(c) Dispatching/scheduling of tools, materials shop documentation.<br>(d) Fabricating and maintaining manufacturing |
| | | and | |
| | | tools. | |
| * | 28. 4.3.0 (i) 22 | Advanced Development commodity Common Quality & Manufacturing manufacturing Services - MSD | Quality assurance, manufacturing services, and procurement benefiting multiple contracts with effort performed by MSD Advanced Development organizations.<br><br>Includes direct labor, computer costs, fringe benefits, overtime premium & applied overhead. |
| | 29. 4.3.0 (i) 23 | Special Security Guard Services -MSD Adv. Dev. with | Includes direct labor, computer costs, fringe benefits, overtime premium, and applied overhead associated guard services necessary to meet special security requirements *(see Item 3.1.0 4.(j)).* |
| * | 30. 4.3.0 (i) 24 | Common Remote Site Services -DEL travel<br><br>Laboratory | Includes direct labor, computer costs, fringe benefits, applied overhead, overtime premium, relocation and costs associated with manangement, administration, security and other supporting employees who provide common services for the Denver Engineering remote site. |
| | 31. 4.3.0 (i) 25 | Fringe Benefits<br><br>workers<br><br>trustsee | Includes fringe benefits of all employees. Cost include group insurance, social security taxes, retirement plan, vacation, holidays, saving plan, sick leave pay,<br><br>compensation, basic benefit plan and saving plan<br><br>fees. |

*Revised 12/26/94*

*Lockheed Martin Missiles & Space*
23 42

LMMS has a documented and approved Shared Computer Service Centers Scope Work Order for each of the following systems. The Scope Work Orders describe in more detail the functions provided, costs included and the bases of allocation.

| | Reference | Pool | Major Functions & Cost Elements |
|---|---|---|---|
| 4.5.0 | 32. 4.3.0 (I) 26 | Shared Computer Service Centers: | |
| | | Business computing | Provides administrative batch and interactive services. |
| | | VM | Provides user oriented interactive administrative computing services. |
| | | High Performance Computing Center | Provides interactive and batch high speed vector and scalar processing services. |
| | | Manufacturing | Provides computing services in support of the manufacturing processes. |
| | | CADAM | Provides design graphic computing services. |
| | | Plotting support | Provides local plotting and microfiche printing in of the users of the central computing facilities. |
| * | | SSD D3 CADAM | Provides design graphic computing services in support of D3. |
| * | | SSD D3 Tandem inventory. | Provides computing services in support of SSD D3 operations, including MRPII, shop flow, procurement, |
| * * * | | IRD VAX services. | Provides administrative and scientific computing |
| | | applied *deprecia-* software usage | Cost elements include direct labor, fringe benefits, overhead, travel costs, equipment costs (*lease, tion, or expensed*), repair & maintenance of the equipment, software costs (*amortized or expensed*), maintenance, data processing supplies, computer from other computer service centers, vendor computer costs and intercompany work transfers from the Lockheed Corporate computing center. |

**Revised 12/26/94*

*Lockheed Martin Missiles & Space*
*24 42*

LMMS has a documented and approved Division Computer Service Centers Scope Work Order for each of the following systems. The Scope Work Orders describe in more detail the functions provided, costs included and bases of allocation.

| | Reference | Pool | Major Functions & Cost Elements |
|---|---|---|---|
| 4.5.0 | 33. 4.3.0 (i) 27 | Division Computer Service Centers: | |
| * | | SSD | Provides for all SSD dedicated mini computer, workstations and PCs, except D3. |
| * | | SSD D3 Engineering | Provides for all D3 engineering dedicated mini computers, workstations and PCs. |
| * | | | |
| * | | SSD D3 General workstations | Provides for all D3 dedicated mini computers, and PCs not included in other D3 service centers. |
| * | | | |
| | | R&DD | Provides for all R&DD dedicated mini computers, workstations and PCs. |
| | | Human Resources | Provides for all HR dedicated mini computers, workstations and PCs. |
| | | Finance & Administration computers. | Provides for all Finance, General Management, Legal, Public Relations and Marketing dedicated mini workstations and PCs. |
| | | Operations - Engineering | Provides for all Operations Engineering dedicated mini computers, workstations and PCs. |
| | | Operations - Facilities | Provides for all Operations Facilities dedicated mini computers, workstations and PCs. |

*Revised 12/26/94*

*Lockheed Martn Missiles & Space*
*25 42*

| | Reference | Pool | Major Functions & Cost Elements |
|---|---|---|---|
| 4.5.0 | 33. 4.3.0 (i) 27 | Division Computer Service Centers (continued): | |
| | | Operations - General | Provides for all Operations dedicated mini computers, workstations and PCs not included in the other Operations service centers. |
| * | | Information Resources Division | Provides for all IRD dedicated mini computers, workstations and PCs. |
| | | MSD - Design | Provides for all MSD engineering dedicated mini computers, workstations and PCs. |
| | | MSD - Production dedicated | Provides for all MSD production and logistics mini computers, workstations and PCs. |
| | | MSD - Field Processing | Provides for all MSD dedicated mini computers, work-stations and PCs located at Field Processing sites. |
| | | MSD - Launch/Services sites. | Provides for all MSD dedicated mini computers, work-stations and PCs located at MSD Launch/Services |
| | | MSD - Huntsville/Courtland mini | Provides for all MSD Huntsville/Courtland dedicated computers, workstations and PCs. |
| | | MSD - Santa Cruz | Provides for all MSD Santa Cruz dedicated mini computers, workstations and PCs. |
| | | MSD - Requirements Manufacturing manufac- | Provides for all MSD dedicated mini computers, work-stations, PCs and utilization from LMMS Computer Service Center utilized by MSD Operations Management, including costs associated with turing requirements software. |
| | | MSD - General | Provides for all MSD dedicared mini computers, work-stations and PCs not included in other MSD service center. |
| | | overhead, expensed), | Costs for all Division Computer Service Centers include: direct labor, fringe benefits, applied travel, equipment costs,*(lease, depreciation or* repair & maintenance of equipment, software costs *(amortized or expensed)*, software maintenance, data processing supplies, vendor computing costs and computer usage from other computer service centers. |

** Revised 12/26/94*



| | Reference | Pool | Major Functions & Cost Elements |
|---|---|---|---|
| *4.5.0 | 34. 4.3.0 (l) 28 | Business Operations - R&DD cost Contracts for all | Functions include contract administration, contract control,and contract required proposal activities R&DD contracts.<br><br>Includes direct labor, computer costs, fringe benefits, applied overhead and overtime premium. |
| * | 35. 4.3.0 (l) 29 | R&DD Procurement | Functions include procurement for all R&DD contracts.<br><br>Includes direct labor, computer costs, fringe benefits, applied overhead and overtime premium. |

4.6.0 Where direct labor dollars are stated as the base for application of overhead or G&A, overtime premium and fringe benefits are not included.

| | | | | Base |
|---|---|---|---|---|
| | 1. | 4.1.0 (b) | Manufacturing *(Production)* | All direct labor dollars of Manufacturing, Product Assurance, Systems Test and other support organizations identified to the LMMS Production Overhead Pool Burden Center. |
| | 2. | 4.1.0 (c) | Engineering *(Development)* | Direct labor dollars of organizations assigned to the LMMS Development Overhead Pool. |
| | 3. | 4.1.0 (f) | Off-Site | Direct labor dollars of respective remote organizations assigned to each pool. |
| * | 4. | 4.1.0 (n) 1 | Development - HREC | Direct labor dollars of organizations assigned to Development - HREC overhead pool. |
| * | 5. | 4.1.0 (n) 3 | D3 Engineering | Direct labor dollars of organizations assigned to the D3 Engineering overhead pool. |
| * | | | | |
| * | 6. | 4.1.0 (n) 4 | Information Processing | Direct labor dollars of organizations assigned to the Information Processing overhead pool. |
| | 7. | 4.2.0 (a) | G & A | All direct labor dollars charged to final cost objectives. |

** Revised 12/26/94*

*Lockheed Martin Missiles & Space*
27 42

| 4.6.0 | Reference | Pool | Base |
|---|---|---|---|
| * | 8. 4.2.0 (n) | Cost of Money | Same base unit of measure as is used to allocate the other indirect expenses included in the cost pool to which the Cost of Money is related. |
| * | | | |
| | 9. 4.3.0 (c)(d) | Reprographic Services *(Photography & Repro-duction)* | Costs of convenience copier leases are redistributed based on the custodial organizations. Non-Bay Area reproduction costs are allocated based on the using organizations. All other reprographic costs are redistributed based on headcount assigned to desk or boards, as identified to various pool burden centers at plants 0, 1, 2, & 5. |
| * | 10. 4.3.0 (i) 1 | Divisional Management & Operations Support | Headcount for SSD, MSD, R&DD, IRD and<br><br>Support Division as assigned to the various overhead pools is used as the base to distribute the related divisional management and support costs. |

** Revised 12/26/94*

*Lockheed Martin Missiles & Space*
28 42

| 4.6.0 | Reference | Pool | Base |
|---|---|---|---|
| * | 11. 4.3.0 (i) 2 | Plant Services - Equipment Maintenance | Plant 0, 1, 2, & 5 personal property tax is redistributed based on original book cost of LMMS owned equipment as assigned to Bay Area organizations by overhead pool. Repair & Maintenance of Plant 0, 1, 2, & 5 is redistributed based on original book cost of LMMS and government-owned equipment *(excluding ST, STE and computer equipment)* as assigned to Bay Area organizations by each overhead pool. |
| * | | Plant Services - Computer Support | Inventory spare parts and data line support costs are allocated to each overhead pool, based on the original cost of distributed computer equipment assigned to the using organizations. |
| by | | Plant Services - Traffic & Transportation & General Procurement | Redistribution based on all square footage occupied organizations assigned to various overhead and G&A pools. |
| * | | Plant Services - Building Occupancy organizations | Redistribution based on square footage occupied in Fac. 0, 1, 2, and 5, by facility type (LMMS-owned, leased, Government-owned, and warehouse buildings) by assigned to the various O/H & G&A pools *(Non-remote organizations).* |
| * | | Plant Services-Bldg. Maintenance | Redistribution based on all square footage occupied in Fac. 0, 1, 2, and 5 by organizations assigned to the various O/H & G&A pools*(Non-remote organizations).* |
| * | | Plant Services - Telephone & Telegraph | Redistribution is based on the assignment of lines by organization as assigned to the various O/H and G&A pools. (Excludes Austin.) |
| | | Plant Services - Office Furniture & Fixtures | Redistribution is based on headcount by organization assigned to the various overhead and G&A pools, at plants 0, 1, 2, & 5. |
| | 12. 4.3.0 (i) 3 | Industrial Relations | Redistribution is based on headcount by organization as assigned to the various overhead and G&A pools. |
| | 13. 4.3.0 (i) 4 | Office Operations, Postage, Records Management, Stationery | Redistribution is based on headcount by organization as assigned to the various overhead and G&A pools *(See Reprographic Services).* |

| 4.6.0 | Reference | Pool | Base |
|---|---|---|---|
| * | 14. 4.3.0 (I) 5 | Industrial Security | Redistribution is based on headcount by organization as assigned to the various overhead and G&A pools *(Facilities O, 1, 2, & 5).* |
| * | 15. 4.3.0 (I) 6 | Material Handling - Inventory Functions | Redistribution is based on non-remote Receiving Memos closed as identified to requesting organization as assigned to the various overhead pools. *(Excludes Receiving Memos for D3 and on Purchased Services).* |
| | | Sales & Use Tax | Redistribution is based on cost incurred in taxable overhead accounts by organization as assigned to various overhead and G&A pools. |
| * | 16. 4.3.0 (I) 7 | D3 Central Services | Redistribution is based on headcount at the Austin and Denver Facilities, as assigned to the various overhead and G&A pools. |
| * | 17. 4.3.0 (I) 8 | D3 Plant Services - AustinTelephone | Redistribution is based on the number of telephone lines assigned to organizations, and as assigned to the various overhead and G&A pools at Austin. |
| * | | D3 Plant Services - All Other | Redistribution is based on square footage of occupied space of LMMS-owned and leased buildings at the Austin and Denver Facilities by organizations assigned to the various overhead pools. |

** Revised 12/28/94*

***Lockheed Martin Missiles & Space***
30 42

| 4.6.0 | Reference | Pool | Base |
|---|---|---|---|
| | 18. 4.3.0 (I) 9 | Procurement Support | Number of placed purchase orders as assigned to the Pool Burden Center of requesting organization. |

*

LMMS has an existing, documented and approved system for Allocated Prime Cost/Pool Work Orders *(APC/PWO)*. Within the framework of each APC/PWO scope work order are the specific bases for allocation, and also the policy relating to project exclusions.

| | | |
|---|---|---|
| 19. 4.3.0 (I) 10 | Common Quality Services-MSD | Direct labor hours charged to projects by each MSD organization assigned to the Production Overhead Pool Burden Center *(excluding Advanced Development Product Assurance and Manufacturing)* |
| 20. 4.3.0 (I) 11 | Common Quality Services-SSD | Direct labor hours charged to projects by each SSD organization assigned to the Production Overhead Pool Burden Center. |

** Revised 12/28/94*

*Lockheed Martim Missiles & Space*
31 42

4.6.0

| | Reference | | Pool | Base |
|---|---|---|---|---|
| | 21. 4.3.0 (I) | 12 | Common Minor Material - MSD | Direct labor hours charged to projects by MSD Manufacturing organizations *(excluding Advanced Development Manufacturing)* |
| * | | 13 | Common Minor Material-SSD | Direct labor hours charged to projects by SSD Manufacturing organizations and designated D3 organizations. |
| * | | 14 | Common Minor Material-MSD -Adv. Dev. | Direct labor hours charged to projects by MSD Advanced Development Manufacturing organizations |
| | | 15 | Common Minor Material-R&DD | Direct material dollars charged to R&DD assigned projects. |
| | 22. 4.3.0 (I) | 16 | Common Manufacturing Plan-ning - MSD | Direct labor hours charged to projects by each MSD organization assigned to the production Overhead Pool Burden Center *(excluding Advanced development Product Assurance and Manufacturing)* |
| | 23. 4.3.0 (I) | 17 | Common Manufacturing lanning & Support Services Pool -SSD | Direct labor hours charged to projects by each SSD P organizations assigned to the Production Overhead Burden Center. |
| | 24. 4.3.0 (I) | 18 | Common Manufacturing Processing - SSD | Direct labor hours charged to projects by each SSD organization assigned to the production Overhead Pool Burden Center. |
| * | 25. 4.3.0 (I) | 19 | Common Technical Services - SSD | Direct labor hours of SSD Engineering (except D3) organizations on SSD contracts. |
| | 26. 4.3.0 (I) | 20 | STANCLAD Common Manufac-turing Processing - MSD | Manufacturing standard hours for completed projects in each manufacturing processing cost center. |
| * | 27. 4.3.0 (I) | 21 | Common Manufacturing Floor Support - MSD Pool | Direct labor hours charged to project by each MSD organization assigned to the Production Overhead Burden Center *(excluding Advanced Development Product Assurance & Manufacturing).* |
| * | 28. 4.3.0 (I) | 22 | Advanced Development Common Quality & Manufacturing Services - MSD | Direct labor hours charged to project by MSD Advanced Development manufacturing organizations. |

* Revised 12/26/94

Lockheed Martin Missiles & Space
32 42

| 4.6.0 | Reference | Pool | Base |
|---|---|---|---|
| * | 29. 4.3.0 (I) 23 | Special Security Guard Services - MSD Adv. Dev. | Total direct labor hours charged to specified MSD projects with special security *(SAR, SCI or OPSEC)* requirements *(excluding remote site hours).* |
| * | 30. 4.3.0 (I) 24 | Common Remote Site Services - DEL | Direct labor hours charged to projects by Denver Engineering laboratory organizations assigned to the DEL remote site. |
| | 31. 4.3.0 (I) 25 | Fringe Benefits | Total straight time labor dollars of all employees (includes straight time portion of overtime and excludes sick leave, vacation and holiday pay). |
| | 32. 4.3.0 (I) 26 | Shared Computer Service Centers | Costs per unit of usage. An algorithm is developed separately for each computer service center and is based on the cost of the resources and the usage of those resources. Resources consumed during a session or requested job are measured and applied to a billing algorithm to create a billing unit. |
| * | 33. 4.3.0 (I) 27 | Division Computer Service Centers | Costs of each Division Computer Service Center are allocated on total labor hours of the same organizations whose computers are included in each service center (excludes holiday, sick leave, vacation, and intradivison service center hours). |
| | 34. 4.3.0 (I) 28 | Business Operations - R&DD Contracts | Direct labor hours charged to R&DD contracts by all organizations. |
| * | | | |
| * | 35. 4.3.0 (I) 29 | R&DD Procurement | Amounts charged to R&DD assigned projects for procurements of direct materials and services excluding subcontracts *(excludes non-R&DD contracts).* |

** Revised 12/27/93*

*Lockheed Martin Missiles & Space*
*37 42*

5.1.0 Useful Life Code (2)

The useful lives assigned to most property have been based upon replacement experience. A descriptive code manual is maintained, which promulgates the useful lives designated for the various categories and classes of property. These designated lives are updated as experience dictates. Additional costs (e.g., late billings, change orders, accessories, modifications, rehabilitations, etc.) capitalized to an existing personal property asset shall be assigned the remaining life of the existing asset or one half of the asset's current descriptive code life, whichever is greater. Additional costs capitalized to an existing real property asset shall be treated as follows. For buildings, building fixtures and land improvements, the remaining life of the asset or the current applicable income tax life, whichever is greater, shall be assigned. For leasehold improvements, the remaining life of the asset or the remaining lease life, whichever is greater, shall be assigned. Lives assigned to property being capitalized for the first time are usually determined from engineering estimates or manufacturers' recommendations. Although lives assigned to leasehold improvements have been largely related to the remaining terms of applicable leases, engineering estimates are also considered in instances where the usefulness of such assets may terminate prior to the expiration of a lease. Additions to Government property not covered by a lease are amortized over five years. This term has been adopted as an average reasonable period, within the overall scope of a variety of Government contracts under which the Government property has been furnished. In some instances, lacking the foregoing, applicable Treasury Department guideline lives have been assigned. In accordance with CAS 409 requirements, historical service data is being accumulated and the results will be used in assigning lives effective with assets acquired after December 25, 1977.

Residual Value Code (4)

No residual value has been assigned to assets acquired prior to December 29, 1975. In accordance with CAS 409, personal property acquired commencing that date shall be assigned a residual value if the estimated residual value for that asset group exceeds ten percent of the capitalized cost. In addition, estimated residual values shall be assigned to newly constructed or purchased buildings commencing December 29, 1975. Residual values shall be assigned to each building's foundation and shell. Interior developments, building modifications, land improvements and leasehold improvements shall be excluded since residual value for these items would be minimal, and if removed, the associated removal costs would exceed any corresponding residual value.

5.4.0 For Government Contract costing purposes, the gains or losses from all types of fixed assets dispositions except computers are credited or charged to the same overhead or G&A pools to which the depreciation or amortization expense had been charged. In the case of computers, the overhead or G&A pools are charged or credited with the gain or loss even though the depreciation is transferred to the service center. *(See Special Considerations 3.1.0 and Service Centers 4.3.0, 4.5.0 and 4.6.0).* Proceeds in excess of original book value are handled as miscellaneous income.