FILED
OCT - 4 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 06-688 C

# NOTICE OF DIRECTLY-RELATED CASE

Pursuant to United States Court of Federal Claims Rule 40.2, Plaintiff Lockheed Martin Corporation files this Notice of Directly-Related Case ("Notice"). Simultaneous with its filing of this Notice, Lockheed Martin Corporation is filing a Complaint in which it appeals the Government's Final Decision in accordance with the Contract Disputes Act of 1978, 41 U.S.C. § 609, and seeks recovery of $4,108,250.00 plus interest.

This Complaint involves the same parties, the same contracts and is based on the same or similar claims as those of *Lockheed Martin v. United States*, Case No. 00-129 C, pending before this Court. Plaintiff respectfully requests that the Clerk of Court consolidate this Complaint with Case No. 00-129 C and assign it to Judge Francis M. Allegra in accordance with Rules 40.2 and

RECEIVED
OVER THE COUNTER

OCT 4 2006

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

42(a) and the Court's September 18, 2006 Order directing such action. *See* September 18, 2006 Order, attached hereto.

Respectfully submitted,

Angela B. Styles
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
(202) 626-5800 Telephone
(202) 626-5801 Facsimile

Dated: October 4, 2006

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 4, 2006, I caused to be placed in the United States mail, first-class postage pre-paid, copies of the foregoing "Notice of Directly-Related Case," addressed to:

Doris S. Finnerman, Esq.
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

Angela B. Styles

# In the United States Court of Federal Claims

No. 00-129C

(Filed: September 18, 2006)

---

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 29, 2006, the court dismissed a portion of the plaintiff's complaint claiming entitlement to charge the loss incurred upon disposition of its CRAY computers to government contracts. Plaintiff is currently pursuing this claim through the contracting officer. In expectation of a potential subsequent refiling of this claim in this court, in the form of a new complaint, the Clerk is hereby directed to,

1. Waive any filing fees as to that complaint that would otherwise be due pursuant to RCFC 77.1(c); and

2. Assign any such complaint to the undersigned judge, to allow it to be consolidated pursuant to RCFC 42(a) with Case No. 00-129C.

IT IS SO ORDERED.

s/ Francis M. Allegra
Francis M. Allegra
Judge