FILED
OCT - 4 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 06-688 C |

## DISCLOSURE STATEMENT

Pursuant to United States Court of Federal Claims Rule 7.1, Plaintiff Lockheed Martin Corporation ("Lockheed Martin") files this Disclosure Statement, notifying the Court that no publicly held corporation is the parent of, or owns 10% or more stock in, Lockheed Martin, a nongovernmental corporate party to the Complaint filed simultaneous with this Disclosure Statement.

Respectfully submitted,

Angela B. Styles
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
(202) 626-5800 Telephone
(202) 626-5801 Facsimile

Dated: October 4, 2006

Counsel for Plaintiff

RECEIVED
OVER THE COUNTER

OCT 4 2006

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS