# In The United States Court of Federal Claims

No. 06-688 C

(Filed: October 10, 2006)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In a March 29, 2006, opinion in *Lockheed Martin Corp. v. United States*, No. 00-129C, this court determined that plaintiff could not assert its claim of entitlement to charge the loss incurred upon disposition of its CRAY computers to certain government contracts, without having first presented the claim to the contracting officer in accordance with the Contract Disputes Act. On April 24, 2006, this court stayed the proceedings in No. 00-129C pending plaintiff's filing of a new complaint asserting this claim following the contracting officer's final decision. On October 4, 2006, plaintiff filed its complaint. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matter, No. 00-129C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge