IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 00-129C and No. 00-688C<br>(Judge Allegra) |

**PRAECIPE**

To the Clerk of Court: Please note that counsel is entering a change of firm name and address in the above-captioned case representing Lockheed Martin Corporation. Please direct all future correspondence, pleadings, court orders, and other materials regarding the above-captioned matter to counsel at the address below.

Angela B. Styles, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2901 (Direct)
(202) 628-5116 (Fax)
astyles@crowell.com

Respectfully submitted,

s/ Angela B. Styles

Angela B. Styles, DC Bar No. 3087151
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2901
Fax: (202) 628-5116
astyles@crowell.com

Counsel for Plaintiff

Of Counsel:

James Mifsud
Lockheed Martin Corporation
6801 Rockledge Drive
Bethesda, MD 20817
Tel: (301) 897-6870

Dated: May 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on May 17, 2007, a copy of the foregoing Praecipe was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Angela B. Styles

Angela B. Styles