IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

By mutual agreement of the parties in these consolidated cases, and pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, plaintiff, Lockheed Martin Corporation, and defendant, the United States, hereby stipulate to the dismissal, with prejudice, of all of the claims and counterclaims asserted herein. Each party will bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

ANGELA B. STYLES
Crowell & Mooring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
Tele: (202) 624-2901

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/Bryant G. Snee by SJG*
BRYANT G. SNEE
Deputy Director

*s/Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management
Agency

November 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 2, 2007, a copy of the foregoing "STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Angela B. Shaw